United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARLYN KARINA JUAREZ REYES,           §
                                      §
        Petitioner,                   §
                                      §
VS.                                   §    CIVIL ACTION NO. 4:26-CV-02682
                                      §
RANDY TATE, *et al.*,                 §
                                      §
        Respondents.                  §

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on May 5, 2026. Doc. #9. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Therefore, it is hereby ORDERED that this action is DISMISSED AS MOOT.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

**MAY 2 1 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge